**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
WILMINGTON, DELAWARE 19801

JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

OF COUNSEL
NORMAN M. MONHAIT

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

RETIRED PARTNER
JOSEPH A. ROSENTHAL

July 20, 2018

**VIA CM/ECF / HAND DELIVERY**

The Hon. Leonard P. Stark
United States District Court
844 King Street
Wilmington, DE 19801

    RE: *Liberty Ins. Corp. v. M. Korn;*
           D.Del. C.A. No. 15-332 LPS;
           Joint Status Letter

Dear Judge Stark:

    For the group of three parties (and three counsel), I was the one who authored and signed the latest status report (D.I. 40) on June 12th, saying that "I can firmly predict that within the next three weeks, a stipulation of dismissal will have been filed in the instant action before Your Honor, as well as in the appeal filed to the Third Circuit by Liberty Insurance."

    Thankfully, Your Honor is too busy to ride herd on every missed delivery date by counsel. However, as we are now into a sixth week, I feel the need to apologize and correct that expired prediction. While the paperwork is complete, it still requires delivery of settlement consideration. That party's counsel is hopeful of accomplishment – and consequent entry of dismissals here and in the Third Circuit – within two more weeks, and hopefully sooner.

July 20, 2018
Page 2

Respectfully submitted,

*[signature]*

Jeffrey S. Goddess (No. 630)
*Attorney for Defendant Magda Korn*

JSG/cmw
cc:  (All via CM/ECF)
     Daniel A. Griffith, Esquire
     Kaan Ekiner, Esquire
     Gary S. Nitsche, Esquire
     Joel H. Fredricks, Esquire